UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:21-CR- |
| | ) | |
| v. | ) | (JUDGE          ) |
| | ) | |
| LUKE CHENOWETH, | ) | (Electronically Filed) |
| Defendant. | ) | |

INFORMATION

THE U.S. ATTORNEY CHARGES:

COUNT 1
Conspiracy to Possess Stolen Firearms
(18 U.S.C. § 371)

From on or about June 13, 2018, to on or about June 14, 2018, in Franklin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**LUKE CHENOWETH,**

did intentionally and knowingly combine, conspire, confederate and agree with others to commit an offense against the United States, that is, to possess, receive, store, and dispose of stolen firearms, said firearms having been shipped in interstate commerce, in violation of Title 18, United States Code, Section 922(j).

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed by the defendant in the Middle District of Pennsylvania:

1. On or about June 14, 2018, the defendant traveled with a co-conspirator from at or near Hagerstown, Maryland to the vicinity of Calvary Firearms, a Federal Firearms Licensee, located at 1764 Lincoln Way East, Chambersburg, Pennsylvania.

2. Once at Calvary Firearms, the defendant and the co-conspirator attempted to unlawfully enter Calvary Firearms by breaking windows, but were unsuccessful.

3. Ultimately, Chenoweth unlawfully entered Calvary Firearms by forcing open a door.

4. Once inside Calvary Firearms, Chenoweth smashed a glass display case and stole eight firearms, to wit:

| Firearm | Serial Number |
|---|---|
| Sig Sauer P365, 9mm handgun | 66A006950 |
| Glock 19, Gen 5, 9mm handgun | BGFN272 |
| Glock 17, Gen 5, 9mm handgun | BGFA114 |
| CZ, 75sp-01, 9mm handgun | C445901 |
| Ruger, EC9S, 9mm handgun | 454-59430 |
| Taurus, 856, 38 Special handgun | LP65858 |
| Taurus, 605, 357 Magnum handgun | LN54384 |
| Colt, Cobra, 38 Special handgun | RA545432 |

said firearms having traveled in interstate commerce.

5. Chenoweth then exited Calvary Firearms and Chenoweth and the co-conspirator ultimately returned to at or near Hagerstown, Maryland with the stolen firearms.

All in violation of Title 18, United States Code, Section 371.

**THE U.S. ATTORNEY FURTHER CHARGES:**

<u>COUNT 2</u>
**Possession of Stolen Firearms**
(18 U.S.C. § 922(j))

On or about June 14, 2018, in Franklin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**LUKE CHENOWETH,**

3

knowingly possessed, received, stored, and disposed of eight stolen firearms, those being:

| Firearm | Serial Number |
|---|---|
| Sig Sauer P365, 9mm handgun | 66A006950 |
| Glock 19, Gen 5, 9mm handgun | BGFN272 |
| Glock 17, Gen 5, 9mm handgun | BGFA114 |
| CZ, 75sp-01, 9mm handgun | C445901 |
| Ruger, EC9S, 9mm handgun | 454-59430 |
| Taurus, 856, 38 Special handgun | LP65858 |
| Taurus, 605, 357 Magnum handgun | LN54384 |
| Colt, Cobra, 38 Special handgun | RA545432 |

which had been shipped and transported in interstate commerce, having reasonable cause to believe the firearms were stolen.

All in violation of Title 18, United States Code, Sections 922(j).

BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY


_[signature]_                                    Date:   9/10/21
SCOTT R. FORD
ASSISTANT U.S. ATTORNEY